UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV Interactive Data Corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>Fujitsu America Inc., et al.,<br><br>Defendant(s) | CASE NO. C 04 3367 (JSW)<br>(Related to Case No. 02-2385 JSW)<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Becky R. Thorson, an active member in good standing of the bar of Minnesota, whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402; 612-349-8500, applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, and represents Plaintiff TV Interactive Data Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 15 2005

Jeffrey S. White
Judge of United States District Court

[PROPOSED] ORDER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*