1  MICHAEL J. BETTINGER (State Bar No. 122196) (mikeb@prestongates.com)
   TIMOTHY P. WALKER, PHD (State Bar No. 105001) (timothyw@prestongates.com)
2  PRESTON GATES & ELLIS LLP
   55 Second Street, Suite 1700
3  San Francisco, California 94105-3493
   Telephone: (415) 882-8200
4  Facsimile: (415) 882-8220

5  Attorneys for Defendants
   FUJITSU COMPUTER PRODUCTS OF
6  AMERICA, INC., FUJITSU COMPUTER
   SYSTEMS CORPORATION, HEWLETT-
7  PACKARD COMPANY, INTERNATIONAL
   BUSINESS MACHINES CORPORATION,
8  DELL INC., TOSHIBA AMERICA, INC.,
   TOSHIBA AMERICA INFORMATION
9  SYSTEMS, INC., GATEWAY, INC., NEC
   USA, INC., NEC SOLUTIONS (AMERICA),
10 INC., SONY CORPORATION OF AMERICA,
   and SONY ELECTRONICS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| TV INTERACTIVE DATA CORPORATION, a California corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>FUJITSU LIMITED, FUJITSU COMPUTER PRODUCTS OF AMERICA, INC., FUJITSU COMPUTER SYSTEMS CORPORATION, HEWLETT-PACKARD COMPANY, INTERNATIONAL BUSINESS MACHINES CORPORATION, DELL INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., GATEWAY, INC., NEC CORPORATION, NEC USA, INC., NEC SOLUTIONS (AMERICA), INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, and SONY ELECTRONICS INC.,<br><br>Defendant(s). | Case No. C 04-03367 JSW<br><br>(Related to Case No. C 02-02385 JSW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REVISED REQUEST FOR CASE MANAGEMENT CONFERENCE ON JANUARY 6, 2006** |
|---|---|

1       After consideration of the revised request of Defendants Fujitsu Limited, Fujitsu Computer Products of America, Inc., Fujitsu Computer Systems Corporation, Hewlett-Packard Company, International Business Machines Corporation, Dell Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba American Information Systems, Inc., Gateway, Inc., NEC Corporation, NEC USA, Inc., NEC Solutions (America), Inc., Sony Corporation, Sony Corporation of America, and Sony Electronics Inc. (collectively, the "OEM Defendants") to schedule a Case Management Conference on Friday, January 6, 2006, OEM Defendants' request is hereby GRANTED.

      IT IS HEREBY ORDERED THAT a Case Management Conference in the above referenced case shall be held on January 6, 2006 at 1:30 p.m.

      IT IS SO ORDERED.

Dated: December 14, 2005

*Jeffrey S. White*

United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR ADMINISTRATIVE RELIEF
PURSUANT TO CIVIL L.R. 7-11 TO SET
CASE MANAGEMENT CONFERENCE

Case No. C 04-03367 JSW
(Related to Case No. C 02-02385 JSW)