IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TV INTERACTIVE DATA,

    Plaintiff,

No. C 04-03367 JSW

v.

FUJITSU AMERICA INC,

    Defendant.
                                   /

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

      Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to a Magistrate Judge Zimmerman to conduct a settlement conference for the purpose of resolving the scope of the dismissal. The conference shall be conducted by February 21, 2006, if possible.

      The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

      **IT IS SO ORDERED.**

Dated: January 6, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom