1 | Names of counsel listed on next page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FUJITSU LIMITED, FUJITSU COMPUTER PRODUCTS OF AMERICA, INC., FUJITSU COMPUTER SYSTEMS CORPORATION, HEWLETT-PACKARD COMPANY, INTERNATIONAL BUSINESS MACHINES CORPORATION, DELL INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., GATEWAY, INC., NEC CORPORATION, NEC USA, INC., NEC SOLUTIONS (AMERICA), INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, and SONY ELECTRONICS INC.,<br><br>Defendants. | CASE NO. C04-03367 JSW<br>(Related Case No. C02-02385 JSW)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

| | |
|---|---|
| 1 | Ronald J. Schutz (Admitted Pro Hac Vice) |
|   | Richard M. Martinez (Admitted Pro Hac Vice) |
| 2 | Scott R. Strand (Admitted Pro Hac Vice) |
|   | Nicolas S. Boebel (Admitted Pro Hac Vice) |
| 3 | Michael D. Okerlund (Admitted Pro Hac Vice) |
|   | ROBINS, KAPLAN, MILLER & CIRESI, L.L.P. |
| 4 | 2800 LaSalle Plaza |
|   | 800 LaSalle Avenue |
|   | Minneapolis, MN 55402 |
| 5 | Telephone: (612) 349-8500 |
|   | Facsimile:  (612) 339-4181 |
| 6 | |
|   | Karl Olson (State Bar No. 104760) |
| 7 | LEVY, RAM & OLSON L.L.P. |
|   | 639 Front Street, 4th Floor |
| 8 | San Francisco, CA 94111 |
|   | Telephone: (415) 433-4949 |
| 9 | Facsimile:  (415) 433-7311 |
|   | |
|   | Attorneys for Plaintiff |
| 10 | TV INTERACTIVE DATA CORPORATION |
| 11 | Michael J. Bettinger (State Bar No. 122196) |
|    | Timothy P. Walker, PhD (State Bar No. 105001) |
| 12 | PRESTON GATES & ELLIS LLP |
|    | 55 Second Street, Suite 1700 |
| 13 | San Francisco, California 94105-3493 |
|    | Telephone: (415) 882-8200 |
| 14 | Facsimile:  (415) 882-8220 |
|    | |
|    | Attorneys for Defendants |
| 15 | FUJITSU LIMITED, FUJITSU COMPUTER |
|    | PRODUCTS OF AMERICA, INC., FUJITSU |
| 16 | COMPUTER SYSTEMS CORPORATION, |
|    | HEWLETT-PACKARD COMPANY, DELL |
| 17 | INC., TOSHIBA CORPORATION, TOSHIBA |
|    | AMERICA, INC., TOSHIBA AMERICA |
| 18 | INFORMATION SYSTEMS, INC., GATEWAY, |
|    | INC., NEC CORPORATION, NEC USA, INC., |
| 19 | NEC SOLUTIONS (AMERICA), INC., SONY |
|    | CORPORATION, SONY CORPORATION OF |
| 20 | AMERICA, and SONY ELECTRONICS INC. |
| 21 | Robert W. Stone (SBN 163513) |
|    | R. Tulloss Delk (SBN 229442) |
|    | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 22 | 555 Twin Dolphin Dr. Suite 560 |
|    | Redwood Shores, CA 94065 |
| 23 | Telephone: (650) 801-5000 |
|    | Facsimile:  (650) 801-5100 |
| 24 | Email: robertstone@quinnemanuel.com |
|    |        tullossdelk@quinnemanuel.com |
| 25 | |
|    | Attorneys for Defendant |
| 26 | INTERNATIONAL BUSINESS |
|    | MACHINES CORPORATION |
| 27 | |
| 28 | |

1    WHEREAS on May 16, 2002, Plaintiff TV Interactive Data Corporation ("TVI") brought a
2  patent infringement action against Microsoft styled <u>TV Interactive Data Corporation v. Microsoft
3  Corporation</u>, Case No. C02-02385 JSW (the "Related Case");
4    WHEREAS on August 17, 2004, TVI brought this patent infringement action (the "OEM
5  Action") against Defendants Fujitsu Limited, Fujitsu Computer Products of America, Inc., Fujitsu
6  Computer Systems Corporation, Hewlett-Packard Company, International Business Machines
7  Corporation, Dell Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Information
8  Systems, Inc., Gateway, Inc., NEC Corporation, NEC USA, Inc., NEC Solutions (America), Inc.,
9  Sony Corporation, Sony Corporation of America, and Sony Electronics Inc. (the "OEM
10 Defendants"), alleging that the OEM Defendants infringe four TVI patents "by making, using,
11 selling, offering to sell, supplying, and/or causing to be supplied, personal computers pre-installed
12 with a version of the Windows™ operating system software";
13    WHEREAS TVI and Microsoft settled the Related Case on October 7, 2005;
14    WHEREAS TVI and Microsoft have shared the Confidential Settlement and License
15 Agreements dated October 28, 2005 with the OEM Defendants' designated outside counsel
16 pursuant to the February 10, 2006 confidentiality agreement;
17    WHEREAS TVI and the OEM Defendants agree that this dismissal does not grant the
18 OEM Defendants rights to make, use, offer to sell, sell, import, or otherwise practice the asserted
19 TVI patents beyond those rights conferred by the Confidential Settlement and License Agreements
20 dated October 28, 2005 between TVI and Microsoft; and
21    WHEREAS, in light of the settlement of the Related Case, TVI and the OEM Defendants
22 have agreed to dismiss with prejudice all claims and counterclaims in the OEM Action;
23    TVI and the OEM Defendants hereby stipulate as follows:
24    1.    TVI and the OEM Defendants hereby agree to dismiss with prejudice this action,
25 with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or
26 related to this litigation.
27    **SO STIPULATED.**
28

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 2/15/06 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Ronald J. Schutz<br>Richard M. Martinez |
| 6 | | Attorneys for Plaintiff<br>TV INTERACTIVE DATA CORPORATION |
| 7 | | |
| 8 | DATED: 2/15/06 | PRESTON GATES & ELLIS LLP |
| 9 | | |
| 10 | | By: Michael J. Bettinger /RS w/ express permission |
| 11 | | Michael J. Bettinger<br>Timothy P. Walker |
| 12 | | Attorneys for Defendants<br>FUJITSU LIMITED, FUJITSU COMPUTER PRODUCTS OF AMERICA, INC., FUJITSU COMPUTER SYSTEMS CORPORATION, HEWLETT-PACKARD COMPANY, DELL INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., GATEWAY, INC., NEC CORPORATION, NEC USA, INC., NEC SOLUTIONS (AMERICA), INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, and SONY ELECTRONICS INC. |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | DATED: 2/15/06 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 21 | | |
| 22 | | By Robert W. Stone /RS w/ express permission |
| 23 | | Robert W. Stone<br>Attorneys for Defendant<br>INTERNATIONAL BUSINESS MACHINES CORPORATION |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITH PREJUDICE** the above-entitled action, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: February 16, 2006

_____
Honorable Jeffrey S. White
United States District Judge